IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | |
| | : | |
| VERNON GASKIN | : | No. 15-352 |

### ORDER

AND NOW, this 9th day of December, 2020, upon consideration of Venon Gaskin's Motion For Compassionate Release (Doc. No. 33) and the Government's Response in Opposition (Doc. No. 35), it is **ORDERED** that the Motion (Doc. No. 33) is **DENIED** for the reasons set forth in the accompanying Memorandum.

BY THE COURT:

_____
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE

1